# EXHIBIT 4

| DOE# | Asserted Design | Accused Product |
|------|-----------------|-----------------|
| 1 |  | |
| 2 | | |

















18

19

Suspension design to prevent falling











































64

