UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

§
§
§
§

**ORDER REGARDING WACO DIVISION DOCKET**

It is hereby **ORDERED** that the cases attached at Appendix A are to be **UNREFERRED** from United States Magistrate Judge Derek T. Gilliland and **TRANSFERRED** from the undersigned's docket to the docket of United States District Judge Leon Schydlower. This transfer is made with the consent of Judge Schydlower.

It is further **ORDERED** that any initial pretrial conferences set in the cases attached at Appendix A are to be **CANCELLED** prior to transfer.

It is further **ORDERED** that the Clerk of Court shall credit these cases to the percentage of business of the receiving Judge.

**SIGNED** this 12th day of August, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

# APPENDIX A

| 6-25-cv-00270 | Yeager v. Commissioner Social Security |
| --- | --- |
| 6-25-cv-00271 | Carlson et al v. Chubb Lloyd's Insurance Company of Texas |
| 6-25-cv-00272 | Impact Temple Church v. Ategrity Specialty Insurance Company |
| 6-25-cv-00273 | Russell v. Fuerte et al |
| 6-25-cv-00275 | Taylor v. Commissioner of Social Security |
| 6-25-cv-00276 | Carrington Mortgage Services, LLC v. Hancock et al |
| 6-25-cv-00277 | IRELAND v. Capital One Auto Finance, Inc. et al |
| 6-25-cv-00278 | Acre Wood Dental Temple PA v. Cincinnati Insurance Company |
| 6-25-cv-00283 | Loud v. Commissioner of Social Security |
| 6-25-cv-00287 | Beijing iQIYI Science & Technology Co., Ltd. et al v. THE INDIVIDUALS AND BUSINESS ENTITIES IDENTIFIED ON SCHEDULE A |
| 6-25-cv-00288 | Light & Wonder, Inc.  v. Gamble Smart LLC |
| 6-25-cv-00290 | Rancho KLN Investors, LLC v. The North River Insurance Company |
| 6-25-cv-00291 | Kennedy v. McLennan County |
| 6-25-cv-00294 | McAllister v. American Income Life Insurance Co. et al |
| 6-25-cv-00295 | Decow v. American Income Life Insurance Co. |
| 6-25-cv-00296 | Allred v. Park Lawn Memorial Group, LLC |
| 6-25-cv-00297 | Kirkman Bey v. Killeen Police Department et al |
| 6-25-cv-00298 | Lakeview Loan Servicing, LLC v. Jones et al |
| 6-25-cv-00302 | Purcella v. Bisignano |
| 6-25-cv-00303 | Varela v. American Income Life Insurance Co. |
| 6-25-cv-00305 | Reineck et al v. Erickson et al |
| 6-25-cv-00306 | MCCOLLOUGH et al v. STATE FARM LLOYDS |
| 6-25-cv-00307 | Sivertsen v. Safeco Insurance Company of Indiana |
| 6-25-cv-00308 | Jones v. City of Temple, TX et al |
| 6-25-cv-00309 | Kirkman Bey v. JUSTICE OF THE PEACE COURT, PRECINCT [4] PLACE [2] BELL COUNTY, TEXAS et al |
| 6-25-cv-00310 | Kirkman Bey v. Secretary of the U.S. Department of Veterans Affairs |

| | |
|---|---|
| 6-25-cv-00311 | Wilmington Savings Fund Society, FSB v. Alvarez et al |
| 6-25-cv-00312 | Mabry et al v. State Farm Lloyds |
| 6-25-cv-00313 | Lakeview Loan Servicing, LLC v. Dillon et al |
| 6-25-cv-00315 | Kirven v. PractivEvergreen, Inc. |
| 6-25-cv-00316 | Sham 2022 LLC  v. Davies North America et al |
| 6-25-cv-00317 | Williamson et al v. State Farm Lloyds |
| 6-25-cv-00318 | Saldana Morales v. United States of America |
| 6-25-cv-00322 | Plada v. The State of Texas et al |
| 6-25-cv-00323 | Lakeview Loan Servicing LLC. v. Newell et al |
| 6-25-cv-00324 | Mason et al v. STATE FARM LLOYDS |
| 6-25-cv-00326 | Wilson v. Wal-Mart Stores Texas, LLC |
| 6-25-cv-00327 | FT & MG LLC v. Westchester Surplus Lines Insurance Company |
| 6-25-cv-00328 | Dacres v. VW Credit, Inc. et al |
| 6-25-cv-00329 | Harris v. Bisignano, Commissioner of Social Security |
| 6-25-cv-00331 | McElwrath v. FCA US, LLC |
| 6-25-cv-00332 | Lakeview Loan Servicing, LLC v. Delgado et al |
| 6-25-cv-00334 | Waco Shoe Company, LLC v. John Doe 1 (revitalignshoe.shop) et al |
| 6-25-cv-00335 | Steel City Enterprises, Inc. v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A |
| 6-25-cv-00336 | Lakeview Loan Servicing, LLC v. Wyche et al |