# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

## ORDER SETTING LIVE CIVIL CASE STATUS AND/OR MOTIONS HEARINGS IN WACO

The following Waco Division cases have been assigned to the undersigned and require status and/or motions hearings. Counsel should be prepared to address all pending motions and bring with them proposed orders should the Court decide to rule from the bench. Questions or concerns can be directed to Erika Portillo in chambers at (915) 534-6980. All hearings will be live in the United States District Court, 800 Franklin Ave., Waco, Texas, in Courtroom No. 1.

**Thursday, September 25, 2025**:

10:00 a.m. – 24-cv-626-LS, *Alexander v. Corning Glass, Inc.*

10:30 a.m. – 25-cv-94-LS, *Athene Annuity and Life Company v. Hernandez et al*

11:00 a.m. – 25-cv-126-LS, *Gearbox Enterprises, LLC v. The Partnerships and Unincorporated Associations Identified on Schedule A*

11:30 a.m. – 25-cv-130-LS, *STAR-TEX PROPANE, LLC v. JANUARY et al*

1:30 p.m. – 25-cv-194-LS, *Nationstar Mortgage LLC v. Hogan et al*

2:00 p.m. – 25-cv-203-LS, *Junk King Franchise Systems, LLC et al v. Go Junk Free America!, Inc.*

2:30 p.m. – 25-cv-230-LS, *Ellegor v. Department of Defense*

3:00 p.m. – 25-cv-233-LS, *Zuniga v. R.R. Cassidy, INC*

3:30 p.m. – 25-cv-235-LS, *Haynes v. DHI Mortgage Company, Ltd. et al*

**Friday, September 26, 2025**:

9:30 a.m. – 25-cv-246-LS, *Dunn et al v. Polaris Industries Inc. et al*

10:00 a.m. – 25-cv-251-LS, *Serrato Properties, LLC v. Landmark American Insurance Company et al*

10:30 a.m. – 25-cv-262-LS, *Harris v. American Income Life Insurance Co.*

11:00 a.m. – 25-cv-271-LS, *Carlson et al v. Chubb Lloyd's Insurance Company of Texas*

11:30 a.m. – 25-cv-287-LS, *Beijing iQIYI Science & Technology Co., Ltd. et al v. THE INDIVIDUALS AND BUSINESS ENTITIES IDENTIFIED ON SCHEDULE A*

1:30 p.m. – 25-cv-334-LS, *Waco Shoe Company, LLC v. John Doe 1 (revitalignshoe.shop) et al*

2:00 p.m. – 25-cv-335-LS, *Steel City Enterprises, Inc. v. The Individuals, Partnerships and Unincorporated Associations Identified on Schedule "A"*

SO ORDERED.

Signed this 15th day of September, 2025.

_____
LEON SCHYDLOWER
UNITED STATES DISTRICT JUDGE